# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 07, 2026

Mr. David O'Toole
Eastern District of Texas, Beaumont
United States District Court
300 Willow Street
Room 104
Beaumont, TX 77701-0000

Mr. David R. Pete
6355 Chinn Lane
Apartment 2105
Beaumont, TX 77708

    No. 26-40024   Pete v. DOJ
                 USDC No. 1:25-CV-386

Dear Mr. O'Toole, Mr. Pete,

Attached is a revised case caption, which should be used on all
future filings in this case.

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 By: _____
                 Rebecca L. Leto, Deputy Clerk
                 504-310-7703

_____

Case No. 26-40024

_____

David R. Pete,

                Plaintiff - Appellant

v.

United States Department of Justice; Todd Wallace Blanche, Acting U.S. Attorney General, In her official capacity as Attorney General of the United States; Jay R. Combs, In his official capacity as United States Attorney for the Eastern District of Texas,

                Defendants - Appellees