# United States Court of Appeals
# for the Fifth Circuit

_____

No. 26-40024

_____

United States Court of Appeals
Fifth Circuit

**FILED**

August 12, 2026

Lyle W. Cayce
Clerk

David R. Pete,

*Plaintiff—Appellant*,

*versus*

United States Department of Justice; Todd Wallace Blanche, *Acting U.S. Attorney General, In his official capacity as Attorney General of the United States*; Jay R. Combs, *In his official capacity as United States Attorney for the Eastern District of Texas*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:25-CV-386

_____

ORDER:

David R. Pete, a pro se litigant, seeks leave to proceed in forma pauperis (IFP) on appeal from the judgment dismissing his complaint for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Before this court may consider granting permission to proceed IFP on appeal, Pete must first move the district court for such permission. *See* Fed. R. App. P. 24(a); *Williamson v. Mark*, 116 F.3d 115, 115 (5th Cir. 1997).

No. 26-40024

Accordingly, the appeal is held in abeyance, and this matter is remanded for the limited purpose of permitting the district court to rule on such a motion. *See Williamson*, 116 F.3d at 115. The district court shall treat the IFP motion filed in this court as though it had been filed in the district court. The case shall be returned to this court for further proceedings once the district court has ruled on the IFP motion. This court shall retain jurisdiction of the appeal.

APPEAL HELD IN ABEYANCE; LIMITED REMAND ORDERED.


      _/s/ Carl E. Stewart_____
CARL E. STEWART
*United States Circuit Judge*