# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 21, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-40024 Pete v. DOJ
USDC No. 1:25-CV-386

In light of district court's order granting the motion to proceed in forma pauperis, the motion in our court has been deemed moot.

Sincerely,

LYLE W. CAYCE, Clerk

Christy Combel

By: _______________________
Christy M. Combel, Deputy Clerk
504-310-7651

Mr. David O'Toole
Mr. David R. Pete